UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWNSQUARE MEDIA, INC.,<br><br>         Plaintiff,<br><br> v.<br><br>REGENCY FURNITURE, INC. *and*<br>REGENCY MANAGEMENT SERVICES,<br>LLC,<br><br>         Defendants. | No. 21-CV-4695 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

 For the reasons stated on the record during the Court's November 9, 2023 hearing, the Court determines that Plaintiff did not meet its obligations under Rule 30(b)(6) with regard to corporate designee Brian Lang's testimony, and accordingly determines that a monetary sanction is appropriate under Rule 37.

 Defendant is directed to submit a fee application which shall include contemporaneous time records specifying for each attorney, the date, the hours expended, and the nature of the work done, as well as receipts with regard to Lang's testimony by December 1, 2023.  Plaintiff's response is to be submitted by December 15, 2023.

SO ORDERED.

Dated: November 9, 2023
    White Plains, New York

                  KENNETH M. KARAS
                  United States District Judge