**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOWNSQUARE MEDIA, INC.,

                              Plaintiff,                     Case No. 7:21-cv-04695-KMK

            -against-                                        **JUDGMENT**

REGENCY FURNITURE, INC. and REGENCY
MANAGEMENT SERVICES, LLC,

                              Defendants.

**WHEREAS,** on September 28, 2022, Kenneth M. Karas, District Judge, issued an

Opinion & Order granting in part plaintiff's motion for summary judgment and awarding

liability on plaintiff's breach of contract claims pertaining to the February 2021 Broadcasting

contract and March 2021 Digital contract and damages in the sum of $60,117.00;

**WHEREAS,** on September 27, 2023, Kenneth M. Karas, District Judge, issued an

Opinion & Order granting in part plaintiff's motion for reconsideration of its motion for

summary judgment and awarding liability on plaintiff's breach of contract claim pertaining to the

January 2021 Digital contract and damages in the sum of $32,500.00;

**WHEREAS,** by letter from plaintiff's counsel dated and filed on December 7, 2023,

plaintiff sought permission to move for certification of a partial award under F.R.C.P. Rule 54(b)

in the amount of damages already awarded by this Court, and by letter from defendants' counsel

dated and filed on December 11, 2023, defendants stated they have no objection to plaintiff's

request for certification of a partial award;

**WHEREAS,** during a telephonic status conference with the Court and counsel on

December 19, 2023, Kenneth M. Karas, District Judge, granted plaintiff's application without

objection and directed plaintiff's counsel to submit a proposed Judgment to defendants' counsel for review and comment and then to the Court for review and execution;

**WHEREAS,** defendants' counsel having received and reviewed the proposed Judgment and having no comments, and the proposed Judgment having been submitted to and is now before the Court;

**NOW** on motion of attorneys for the plaintiff; it is hereby

**ORDERED, ADJUDGED,** and **DECREED,** that plaintiff Townsquare Media, Inc., with an address of 1 Manhattanville Road, Suite 202, Purchase, New York 10577, have judgment against and recover of defendant Regency Management Services, LLC, with an address of 7900 Cedarville Road, Brandywine, Maryland 20613, the sum of $92,617.00, plus statutory interest at the rate of 9% per annum from May 1, 2021 (the date of the last breach) in the amount of $22,319.43, amounting in all to the sum of $114,936.43, and that the plaintiff Townsquare Media, Inc. have execution therefor.

DATED:      January 4, 2024
                  White Plains, New York

_____
                KENNETH M. KARAS
                United States District Judge