UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWNSQUARE MEDIA, INC.,
Plaintiff,

v.

Case No. 7:21-cv-04695-KMK

REGENCY FURNITURE, INC. and
REGENCY MANAGEMENT SERV
Defendants.

MEMO ENDORSED

## AFFIDAVIT FOR ATTORNEYS' FEES AND COSTS

I, Alan L. Frank, Esquire, do hereby upon my oath depose and say:

1. That I am the managing attorney of Alan L. Frank Law Associates, P.C. ("ALF Law"), attorneys for Defendants Regency Furniture, Inc. and Regency Management Services, LLC (collectively "Defendants") in the above referenced matter.

2. That I have knowledge of the facts set forth herein, submit this Affidavit on my personal knowledge in response to this Court's November 9, 2023 Order, wherein the Court determined that Plaintiff Townsquare Media, Inc. ("Townsquare Media") did not meet its obligation under Rule 30(b)(6) with regard to its Corporate Designee Brian Lang's testimony and determined that a monetary sanction is appropriate under Rule 37.

3. That during the November 9, 2023 hearing in the matter, the Court addressed the deposition testimony of both Rule 30(b)(6) Corporate Designees of Townsquare Media. William Campbell was produced first on September 1, 2021, and due to his deficient testimony, Brian Lang was thereafter produced on October 14, 2021 wherein he also testified as a Corporate Designee of Townsquare Media.

4. That in response to the colloquy with the Court on November 9, 2023, and the Court's subsequent Order of even date, ALF Law does now submit this fee application Affidavit.

5. That while the aforementioned November 9, 2023 Order specifically references Brian Lang, to the best recollection of the undersigned during its recent colloquy with counsel, the Court primarily referenced the deposition testimony deficiencies of William Campbell. Thus, there may be a typographical or equivalent error in the November 9, 2023 Order, although the undersigned is genuinely unsure of the Court's intent, one way or the other and, it could well be that the undersigned's recollection of the colloquy is simply in error.

6. Thus, in order to be complete, the undersigned has determined to make the Court aware of all of the time entries and costs associated with the preparation for and attendance at each of the two (2) designee depositions, anticipating that the Court will chose only those entries that apply to the designee that the Court is focused on in its ultimate award.

7. That ALF Law has maintained time records throughout the pendency of the above styled case, and I am personally familiar with the attorneys, their hourly rates, and their records because I am the lead attorney handling this particular case. All of the time and costs for which reimbursement is being sought herein exclusively relate to this case. A true and correct copy of ALF Law's billing entries for work and costs in this action is attached hereto as Exhibit A.

8. That the Background, Qualifications, Billing Rates and total hours expended by the attorneys performing the legal services outlined in the attached Exhibit A, are as follows:

a. Alan L. Frank - I am the managing attorney of Alan L. Frank Law Associates, P.C. an eight (8) attorney commercial litigation boutique with offices located in Jenkintown, Pennsylvania and New York. I am admitted to practice law in Pennsylvania, New Jersey and New York. I have been practicing law for forty-two (42) years. I was

admitted to the Pennsylvania Bar in 1981, The New Jersey Bar in 1983, and the New York Bar in 2004. I am also licensed in Pennsylvania as a Certified Public Accountant. I am certified by the New Jersey Supreme Court as a Civil Trial Attorney. I have been "AV" rated by Martindale Hubbell for approximately twenty-five (25) years. I have appeared in hundreds of Federal, State and Arbitration proceedings throughout the Country, and a substantial number of these proceedings have reached a final verdict, including those which have resulted in significant jury determinations and arbitration panel awards. I concentrate my practice in commercial litigation matters, such as the instant proceeding. With regard to the Corporate Desingee of Townsquare Media's depositions of William Campbell and Brian Lang, I rendered 20.20 hours of legal services to Defendant, totaling $10,908.00. My hourly rate charged in this matter was $540.00 per hour at the time the services were rendered.

b. Jordan E. Frank - Jordan Frank has been practicing law for eight (8) years, was admitted to the Pennsylvania and New Jersey Bars in 2015, and the New York Bar in 2021. Jordan Frank has appeared in many Federal, State and Arbitration proceedings throughout the Country, and concentrates his practice in commercial litigation matters, such as the instant proceeding. With regard to the Corporate Designee of Townsquare Media depositions of William Campbell and Brian Lang, Jordan Frank rendered 14.9 hours of legal services to Defendant, totaling $5,215.00. Jordan Frank's hourly rate charged in this matter was $350.00 per hour at the time the services were rendered.

9. That the requested fees and costs, and the hourly rates utilized, are reasonable and consistent with the prevailing market rates in the New York metropolitan area, to the best of my knowledge, information and belief.

10. That the efforts herein described were necessary and appropriate in connection with the preparation of and depositions of the Corporate Designee Depositions of Townsquare Media of William Campbell and Brian Lang.

11. That from August 31, 2021, through and including October 14, 2021, ALF Law has provided legal services to the Defendants in connection with the Corporate Designee of Townsquare Media depositions of William Campbell and Brian Lang total $16,123.00, which are itemized in detail in **Exhibit A** hereto.

12. That in addition to attorneys' fees, the Defendants paid costs totaling $1,342.42 in connection with the Corporate Designee of Townsquare Media depositions of William Campbell and Brian Lang, which are itemized in detail in **Exhibit A and B** hereto.

13. That in sum, based upon the reasonableness of the hourly rates and the reasonably expended number of hours in this matter, Defendant is entitled to reimbursement of its attorneys' fees and expenses in connection with the Corporate Designee depositions of Townsquare Media in such amount as shall be determined by the Court.

I verify, affirm and certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed this 30th day of November, 2023.

ALAN L. FRANK

Sworn to and Subscribed
Before me this 30th day of
November, 2023
Notary Public

Commonwealth of Pennsylvania - Notary Seal
DENISE A. WILK, Notary Public
Montgomery County
My Commission Expires April 8, 2026
Commission Number 1223531

Defendants' Motion is denied without prejudice. Defendants are directed to refile their fee application with supporting documentation with regard to *only Brian Lang's testimony*, as the they were directed to do in this Court's November 9, 2024 Order. (*See* Dkt. No. 76.) Defendants' application shall include contemporaneous time records specifying for each attorney, the date, the hours expended, and the nature of the work done, as well as receipts with regard to Lang's testimony.

SO ORDERED. 6/7/2024

EXHIBIT A

Selection Criteria

Slip.Transaction ID 294700 - Last
Client (hand select) Include: Townsquare v. Regency

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | User / Activity / Client | Units / DNB Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| Slip Type: Time | | | | | |
| 309657<br>8/31/2021<br>WIP<br>Prep. for designee dep. tom. in Townsquare Media case | TIME | ALF<br><br>Townsquare v. Regency | 2.40<br>0.00<br><br>0.00 | 540.00<br>T@2 | 1296.00 |
| 309658<br>9/1/2021<br>WIP<br>Prep. for and attend at designee dep of William Campbell in Townsquare matter; Follow-up (6:00 a.m. to 2:00 p.m.) | TIME | ALF<br><br>Townsquare v. Regency | 7.50<br>0.00<br><br>0.00 | 540.00<br>T@2 | 4050.00 |
| 309659<br>9/1/2021<br>WIP<br>(Townsquare)Deposition of William Campbell | TIME | JEF<br><br>Townsquare v. Regency | 4.80<br>0.00<br><br>0.00 | 350.00<br>T | 1680.00 |
| 309660<br>9/2/2021<br>WIP<br>Conf. with Jf re: results of dep. yesterday and contents of upcoming defieiency letter; Follow-up re: same | TIME | ALF<br><br>Townsquare v. Regency | 1.20<br>0.00<br><br>0.00 | 540.00<br>T@2 | 648.00 |
| 309661<br>9/2/2021<br>WIP<br>(Townsquare) Draft discovery requests and deficiency letter | TIME | JEF<br><br>Townsquare v. Regency | 1.20<br>0.00<br><br>0.00 | 350.00<br>T | 420.00 |
| 309662<br>9/3/2021<br>WIP<br>Review, revise disc. def. letter and finalize second set of RFPDs (all re: Townsquare) Follow-up | TIME | ALF<br><br>Townsquare v. Regency | 1.00<br>0.00<br><br>0.00 | 540.00<br>T@2 | 540.00 |
| 309663<br>9/3/2021<br>WIP<br>(Townsquare) Draft discovery requests and | TIME | JEF<br><br>Townsquare v. Regency | 2.70<br>0.00<br><br>0.00 | 350.00<br>T | 945.00 |

| Slip ID / Dates and Time / Posting Status / Description | User / Activity / Client | Units / DNB Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| deficiency letter | | | | |
| 309664 TIME<br>9/8/2021<br>WIP<br>Prep. for and attend at tel. status conf. with Magistrate re: disc. and related issues (re: Townsquare); Follow-up | ALF<br><br>Townsquare v. Regency | 0.80<br>0.00<br><br>0.00 | 540.00<br>T@2 | 432.00 |
| 309665 TIME<br>9/13/2021<br>WIP<br>Extended meet and confer re: disc. dispuites; Follow-up re; open itemslist in Townsquare dispute; conf. with JF re; same | ALF<br><br>Townsquare v. Regency | 1.20<br>0.00<br><br>0.00 | 540.00<br>T@2 | 648.00 |
| 309666 TIME<br>9/18/2021<br>WIP<br>(Townsquare) Review William Campbell transcript. | JEF<br><br>Townsquare v. Regency | 0.50<br>0.00<br><br>0.00 | 350.00<br>T | 175.00 |
| 309667 TIME<br>9/24/2021<br>WIP<br>(Townsquare) draft notice of dep. for Plaintiffs Corp. designee | JEF<br><br>Townsquare v. Regency | 2.40<br>0.00<br><br>0.00 | 350.00<br>T | 840.00 |
| 309668 TIME<br>9/27/2021<br>WIP<br>(Townsquare) edits to dep. notice | JEF<br><br>Townsquare v. Regency | 0.60<br>0.00<br><br>0.00 | 350.00<br>T | 210.00 |
| 309669 TIME<br>9/28/2021<br>WIP<br>(Townsquare) Finalzie dep. notice. Call with opposing counsel | JEF<br><br>Townsquare v. Regency | 0.50<br>0.00<br><br>0.00 | 350.00<br>T | 175.00 |
| 309670 TIME<br>9/29/2021<br>WIP<br>Tel. hearing with Magistrate re: gift card discovery; prep. for same; tel. conf. with Jared P. re: designee deps, etc.; Follow-up | ALF<br><br>Townsquare v. Regency | 1.20<br>0.00<br><br>0.00 | 540.00<br>T@2 | 648.00 |
| 309671 TIME<br>10/11/2021<br>WIP<br>Prep. for deps. on Thursday of designee deps. in Townsquare Media matter; conf. with JF re:same | ALF<br><br>Townsquare v. Regency | 1.40<br>0.00<br><br>0.00 | 540.00<br>T@2 | 756.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 309677<br>10/11/2021<br>WIP<br>(Townsquare) Get docs together for dep. | TIME | JEF<br><br>Townsquare v. Regency | 2.20<br>0.00<br><br>0.00 | 350.00<br>T | 770.00 |
| 309672<br>10/12/2021<br>WIP<br>Prep. for designee deps. on Thurs.; review W. Campbell transcript re: same (Townsquare Media); brief tel. conf. with C. Jones | TIME | ALF<br><br>Townsquare v. Regency | 1.50<br>0.00<br><br>0.00 | 540.00<br>T@2 | 810.00 |
| 309673<br>10/14/2021<br>WIP<br>Prep. for and attend at designee dep of Brian Lang in Townsquare Media case | TIME | ALF<br><br>Townsquare v. Regency | 2.00<br>0.00<br><br>0.00 | 540.00<br>T@2 | 1080.00 |
| Total: Time | | | | | |
| | | Billable | 35.10 | | 16123.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 35.10 | | 16123.00 |
| Slip Type: Expense | | | | | |
| 309674<br>11/5/2021<br>WIP<br>ERSA Court Reporters - Deposition transcript of Brian Lang - 10/14/21 ($323.15) ERSA Video Services - Deposition lasted 1.0 hour (2:11 pm to 3:13 pm) ($110.00) | EXP | ALF Law Associates<br><br>Townsquare v. Regency | 1 | 433.15 | 433.15 |
| 309676<br>11/5/2021<br>WIP<br>EERSA Court Reporters - Deposition transcript of William Campbell - 9/1/21 | EXP | ALF Law Associates<br><br>Townsquare v. Regency | 1 | 941.27 | 941.27 |
| Total: Expense | | | | | |
| | | Billable | 0.00 | | 1374.42 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 1374.42 |
| Grand Total | | | | | |
| | | Billable | 35.10 | | 17497.42 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 35.10 | | 17497.42 |

EXHIBIT B

# INVOICE

Phone: 215-564-1233 FAX: 215-564-1225

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 317100 | 9/8/2021 | 330538 |
| **Job Date** | **Case No.** | |
| 9/1/2021 | | |
| **Case Name** | | |
| Townsquare Media, Inc. v. Regency Furniture, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| William Campbell | 199.00 Pages | 626.85 |
| Expedited Delivery | | 314.42 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Tara Kelly | 161.00 Pages | 370.30 |
| Expedited Delivery | | 185.15 |
| | **TOTAL DUE >>>** | **$1,496.72** |
| | (-) Payments/Credits: | 0.00 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | **$1,496.72** |

PLEASE SUBMIT ALL PAYMENTS TO THE PHILADELPHIA, PA OFFICE.

**Tax ID:** 20-0288959

*Please detach bottom portion and return with payment.*

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

Invoice No. : 317100
Invoice Date : 9/8/2021
**Total Due : $1,496.72**

Job No. : 330538
BU ID : Phila
Case No. :
Case Name : Townsquare Media, Inc. v. Regency Furniture, Inc., et al.

Remit To: **ERSA Court Reporters**
**E-Reporting Stenographic Affiliates, Inc.**
**30 South 17th Street**
**Suite 1520**
**Philadelphia, PA 19103**



# INVOICE

Phone: 215-564-1233 FAX: 215-564-1225

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319367 | 10/27/2021 | 333710 |
| **Job Date** | **Case No.** | |
| 10/14/2021 | | |
| **Case Name** | | |
| Townsquare Media, Inc. v. Regency Furniture, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

| Description | Quantity | | Amount |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Craig Jones | 153.00 | Pages | 420.75 |
| Rough Ascii | 136.00 | | 136.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Brian Lang | 73.00 | Pages | 259.15 |
| Rough Ascii | 64.00 | | 64.00 |
| | **TOTAL DUE >>>** | | **$879.90** |

PLEASE SUBMIT ALL PAYMENTS TO THE PHILADELPHIA, PA OFFICE.

**Tax ID:** 20-0288959

*Please detach bottom portion and return with payment.*

Job No. : 333710 BU ID : Phila
Case No. :
Case Name : Townsquare Media, Inc. v. Regency Furniture, Inc., et al.
Invoice No. : 319367 Invoice Date : 10/27/2021
**Total Due : $879.90**

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **ERSA Court Reporters**
**E-Reporting Stenographic Affiliates, Inc.**
**30 South 17th Street**
**Suite 1520**
**Philadelphia, PA 19103**

# INVOICE

ERSA Court Reporters
Phone: 215-564-1233 FAX: 215-564-1225

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 318944 | 10/20/2021 | 333715 |
| **Job Date** | **Case No.** | |
| 10/14/2021 | | |
| **Case Name** | | |
| Townsquare Media, Inc. v. Regency Furniture, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

| | | |
|---|---|---|
| Craig Jones & Brian Lang (Video Services) | | |
| Video First Hour | | 315.00 |
| Video Each Additional Hour | 5.00 | 550.00 |
| | **TOTAL DUE >>>** | **$865.00** |

PLEASE SUBMIT ALL PAYMENTS TO THE PHILADELPHIA, PA OFFICE.

*** Mr. Lang's deposition lasted 1 hour**

**Tax ID:** 20-0288959

*Please detach bottom portion and return with payment.*

Frank, Alan L.
Frank, Alan L. Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046

Job No. : 333715 BU ID : Phila
Case No. :
Case Name : Townsquare Media, Inc. v. Regency Furniture, Inc., et al.
Invoice No. : 318944 Invoice Date : 10/20/2021
**Total Due : $865.00**

Remit To: **ERSA Court Reporters**
**E-Reporting Stenographic Affiliates, Inc.**
**30 South 17th Street**
**Suite 1520**
**Philadelphia, PA 19103**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWNSQUARE MEDIA, INC.,
Plaintiff,

v.

REGENCY FURNITURE, INC. and
REGENCY MANAGEMENT SERVICES, LLC,
Defendants.

Case No. 7:21-cv-04695-KMK

**CERTIFICATE OF SERVICE**

I, Alan L. Frank, Esq., hereby certify that November 30, 2023, a true and correct copy of Affidavit for Attorneys' Fees and Costs was served via ECF and email upon the following:

Jared E. Paioff, Esq.
Schwartz Sladkus Reich Greenberg Atlas, LLP
444 Madison Avenue, 6th Floor
New York, NY 10023
jpaioff@ssrga.com

ALAN L. FRANK, ESQ.