UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWNSQUARE MEDIA, INC.,

                   Plaintiff,

   v.

REGENCY FURNITURE, INC. *and*
REGENCY MANAGEMENT SERVICES, LLC.,

                   Defendants.

No. 21-CV-4695 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On January 4, 2024, the Court entered partial judgment in favor of Plaintiff in the amount of $114,936.43. The Clerk of Court thereafter erroneously terminated Defendant Regency Management Service, LLC from the Action, although the Court's Order did not so direct. (*See* Dkt. No. 84.) Accordingly, the Clerk of Court is respectfully directed to reinstate Defendant Regency Management Service, LLC.

SO ORDERED.

Dated:   June 4, 2025
           White Plains, New York

                                                KENNETH M. KARAS
                                                United States District Judge